February 28, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

KENNETH BONIABY, Appellant

NO. 14-12-00978-CV                    V.

SOUTHWESTERN BELL TELEPHONE COMPANY D/B/A AT&T TEXAS
AND BRIAN SCHAEFER, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 23, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Kenneth Boniaby.

We further order this decision certified below for observance.